UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America

-v-

Christine Richardson

Defendant.

Case No. 05-CR-1067(KMK)

AMENDED ORDER SETTING
SENTENCE DATE

KENNETH M. KARAS, District Judge:

IT IS HEREBY ORDERED that the above-named defendants appear with counsel on Thursday, October 12, 2006 at 4:00pm in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.

Dated: September 20, 2006
New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE