UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/12/06

**United States of America**

-v-

**Christine Richardson**

**Defendant.**

Case No. 05-CR-1067(KMK)

AMENDED ORDER SETTING
SENTENCE DATE

KENNETH M. KARAS, District Judge:

IT IS HEREBY ORDERED that the above-named defendants appear with counsel on Friday, October 27, 2006 at noon in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.

Dated: October 11, 2006
       New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE