# JOB INVOICE

*Passaic BLDG*

**TO:** First Lending Mortgage Corp
**ADDRESS:** Hillside Avenue, New York
**ATTENTION:** Winston Shillingford

**DATE ORDERED:** 11/16/04
**ORDER TAKEN BY:** Chris (George)
**PHONE NO:**
**CUSTOMER ORDER #:**
**JOB LOCATION:** 348.0033 Billing
**JOB PHONE:**
**STARTING DATE:** 11/16/04
**TERMS:** 6 months

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | Help to clear credit report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Reports | | | |

**MISCELLANEOUS CHARGES:** Included in total price

**LABOR** — *Paid in Full by Check (Company Ck)*

**WORK ORDERED BY:** Winston Shillingford
**DATE ORDERED:** 11/16/04
**DATE COMPLETED:** 3/16/05

**CUSTOMER APPROVAL SIGNATURE:**
**AUTHORIZED SIGNATURE:**

**TOTAL LABOR:** 8,740.00
**TOTAL MATERIALS:**
**TOTAL MISCELLANEOUS:**
**SUBTOTAL:**
**TAX:**
**GRAND TOTAL:** $87,400.00

JOB INVOICE

GOVERNMENT EXHIBIT 402 06-Cr. 832 (KTD) (ID)

# JOB INVOICE

| | |
|---|---|
| TO: Christopher Owens (Ceo) | DATE ORDERED: 11/27/04 |
| ADDRESS: Richmond Va 23227 | ORDER TAKEN BY: Monager |
| ATTENTION: Paid in Full (Company) | PHONE NO: 804-343-0093 |
| | CUSTOMER ORDER #: JRSL16 |
| | JOB LOCATION: 804-343-0093 12/1/04 |
| | JOB PHONE: |
| | STARTING DATE: 11/27/04 |
| | TERMS: 6 months |

| QTY. | MATERIAL | UNIT | AMOUNT |
|---|---|---|---|
| 3 | business Super market Credit Services w/ employees (total # 95 people) | | $15,000.00 |
| 5 | locations R+S Stores Credit Services with managers and employees total # 150 Clients | | $60,000 |
| 15 | Personal files for Credit Services the owner of above Companies | | $85,000.00 |
| * | Order Total | | $160,000.00 |

**DESCRIPTION OF WORK:** Repair Credit Reports Personal and Business (help to Est. new Credit for business + Personal

**MISCELLANEOUS CHARGES:** "As Counted"

**LABOR** | HRS. | RATE | AMOUNT
Flat Rates for Commercial Accounts

WORK ORDERED BY: Monager (C. Owens)
DATE ORDERED: 11/27/04
DATE COMPLETED: 5/27/05
CUSTOMER APPROVAL SIGNATURE: [signature]
AUTHORIZED SIGNATURE: [signature]

TOTAL LABOR: 160,000
TOTAL MATERIALS:
TOTAL MISCELLANEOUS:
SUBTOTAL:
TAX:
GRAND TOTAL: 160,000

NC2817 MADE IN USA

JOB INVOICE